# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| XAVIER FORT | CASE NO. 5:19-cv-01223-JVS (SK) |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| Neil McDowell, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: October 21, 2019

HON. JAMES V. SELNA
U.S. DISTRICT JUDGE